IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03321-RPM-KMT

KENDY SOLIS,

    Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, LTD,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Mutual Dismissal without Prejudice [10] filed April 10, 2012, it is

ORDERED that the complaint is dismissed without prejudice, each party to bear their own costs and attorney fees.

DATED:   April 10, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge